DEC 8 2025 PM 1:50
FILED - USDC - FLMD - JAX

12-3-25
3:25-CV-01504-WWB-PDB

I MR. CHRISTOPHER MAURICE BELL AT THE ADDRESS OF 4727 LANNIE RD. JACKSONVILLE FL. 32218 OR 1905 PROSPECT ST. E. JACKSONVILLE FL. 32254 WOULD LIKE TO FILE A COMPLAINT AGAINST THE JACKSONVILLE SHERIFF'S OFFICE LAW ENFORCEMENT AGENCY AT THE ADDRESS OF 500 E. BAY ST. JACKSONVILLE FL. 32202 FOR THE FALSE ARREST/WRONG-ACTION, MISCONDUCT, DAMAGES CAUSED BY A MISTAKE, CRUEL AND UNUSAL PUNISHMENT, DEFAME, DEPRESSION, DETENTION TIME, POST TRAUMTIR STRESS DISORDER, MALICE, SLANDER, LOST OF LIBERTY, CHARACTER ASSAINATION, THE UNJUST ARREST AND CIVIL RIGHTS VIOLATION. I AM ASKING THE COURT TO ALLOW ME TO FILE THIS LAWSUIT AS INDIGET BECAUSE I AM INCARCERTED AND CAN'T WORK TO PAY THE FILING FEE OF $402.00 FOR CASE NUMBER 2021-CF-9154 AND NEED THE COURT TO ORDER THERE INSURANCE COMPANY TO PAY ME THE FULL SUM TOTAL OF ONE HUNDRED THOUSAND DOLLARS FOR MY DAMAGES AND INJURIES. A COPY OF THIS LETTER HAS BEEN SENT TO THE DEFENDANT ON 12-3-2025. MY CONTACT NUMBERS:

904-610-4595 MOM MS. DENMARK
904-252-1300 BROTHER MR. DENMARK
904-299-7171 ATTORNEY MR. HART

*Christopher Maurice Bell*
2025023306